# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| TALITHA L. HARRIS,<br><br>    Plaintiff,<br>v.<br><br>FIFTH THIRD BANK,<br><br>    Defendant. | Case No. 2:19-cv-02164-CSB-EIL<br><br>Honorable Judge Colin Stirling Bruce |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, TALITHA L. HARRIS and the Defendant, FIFTH THIRD BANK, through their respective counsel that the above-captioned action is dismissed, with prejudice, against, FIFTH THIRD BANK, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

| | |
|---|---|
| Dated: August 1, 2019 | Respectfully Submitted, |
| **TALITHA L. HARRIS** | **FIFTH THIRD BANK** |
| /s/ Nathan C. Volheim<br>Nathan C. Volheim<br>*Counsel for Plaintiff*<br>Sulaiman Law Group, LTD<br>2500 S. Highland Avenue, Suite 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>Fax :(630) 575-8188<br>nvolheim@sulaimanlaw.com | /s/ Nicole H. Daniel (*with consent*)<br>Nichole H. Daniel<br>*Counsel for Defendant*<br>Dinsmore & Shohl, LLP<br>227 West Monroe Street, Suite 3850<br>Chicago, IL 60606<br>Phone: (312) 372-6060<br>nicole.daniel@dinsmore.com |

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim